I'm going to go through all the states and cities, and I'm going to browse through them in turn, and then I'm going to talk about the city, the local cities, the towns, the neighborhoods, and the district area. The first one is the state of Santa Fe, which is where you see us. The second one is the north side of Fort Smith, which is on the right. The third one is upstairs, and the fifth station up here is the H-Mans, which is the department of the museum. The people who are doing the first one, that person upstairs, do you have a reachable question or guidance at all? I don't think so, no guidance. So, let's start with the state. You don't have a farm on the west coast. You don't have a farm on the east coast. on the east coast. You don't have
judges: Graber, Murguia, Collins